# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>GARY GULLICKSON, plaintiff, vs. VILLAGE DISCOUNT OUTLETS, INC., MAYO INCORPORATED, PLAZA MARKETING ASSOCIATES, JAMES HURT STINNETT, LEONARD BAUMGARTNER, WILLIAM RYAN and REGINALD WRIGHT. defendants | Case Number:<br>FILED: JUNE 30, 2008<br>08CV3731<br>JUDGE ST. EVE<br>MAGISTRATE JUDGE DENLOW<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
GARY GULLICKSON, plaintiff

| |
|---|
| NAME (Type or print)<br>Edward A. Voci |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Edward A. Voci |
| FIRM<br>Law Office of Edward A. Voci |
| STREET ADDRESS<br>1111 South Blvd. |
| CITY/STATE/ZIP<br>Oak Park IL 60302 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2905922 | 312-287-8624 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✔ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✔ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✔ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐