UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY GULLICKSON,<br><br>      Plaintiff,<br><br><br>VILLAGE DISCOUNT OUTLET, INC.;<br>MAYO, INCORPORATED;<br>PLAZA MARKETING ASSOCIATES;<br>JAMES BURT STINNETT;<br>LEONARD BAUMGARTNER;<br>WILLIAM RYAN; and<br>REGINALD WRIGHT,<br><br>      Defendants. | No. 08 C 3731<br><br>Judge St. Eve<br><br>Magistrate Judge Denlow |

**DEFENDANT MAYO, INCORPORATED'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant Mayo, Incorporated ("Mayo"), pursuant to Federal Rule of Civil Procedure 56, moves for summary judgment on the claims against it filed by the plaintiff, Gary Gullickson ("Gullickson"). In support of its motion, Mayo submits the accompanying memorandum and states:

1. Gullickson appears to have asserted three claims against Mayo: "First Claim: Retaliatory Discharge Pursuant to 42 US [sic] 1981 as Amended;" "Third Claim: Illinois Common Law Retaliatory Discharge;" and "Fifth Claim: Breach of Contract

2. There is no employment relationship between Gullickson and Mayo. Therefore, Mayo cannot be liable on a theory of retaliatory discharge.

3. There is no contract between Gullickson and Mayo. Therefore, Mayo cannot be liable for breach of contract.

**CONCLUSION**

Wherefore, Defendant Mayo Incorporated asks that the Court dismiss Gullickson's complaint, enter judgment in Mayo's favor, and award Mayo its costs and reasonable attorneys' fees.

Respectfully submitted,

Dated: August 15, 2008

By: s/ Annette M. McGarry
Annette M. McGarry (#6205751)
  amm@mcgarryllc.com
Marianne C. Holzhall (#6204057)
  mch@mcgarryllc.com
McGarry & McGarry, LLC
120 North LaSalle Street
Suite 1100
Chicago, IL  60602
Telephone: (312) 345-4600
Facsimile:  (312) 345-4601

Attorneys for Defendant,
Mayo, Incorporated

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2008, the foregoing Defendant Mayo Incorporated's'Motion for Summary Judgments was electronically filed using the CM/ECF system and served upon:

Edward Voci
1111 South Boulevard
Oak Park, IL  60302

Charles Siedlecki
Siedlecki and Associates
10540 South Western Avenue
Suite 410
Chicago, IL  60643

Michael J. Hayes
Daniel J. Hayes
Joseph J. Novak
Bell, Boyd & Lloyd, LLP
70 West Madison Street
Suite 3100
Chicago, IL  60602

/s/ Annette M. McGarry