UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GARY GULLICKSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3731 |
| | ) | |
| | ) | Judge St. Eve |
| | ) | |
| VILLAGE DISCOUNT OUTLET, INC.; | ) | Magistrate Judge Denlow |
| MAYO, INCORPORATED; | ) | |
| PLAZA MARKETING ASSOCIATES; | ) | |
| JAMES BURT STINNETT; | ) | |
| LEONARD BAUMGARTNER; | ) | |
| WILLIAM RYAN; and | ) | |
| REGINALD WRIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF MOTION

To:   All Counsel of record

PLEASE TAKE NOTICE THAT ON Wednesday, August 20, 2008 at 8:30 am, we shall appear before the Honorable Judge Amy J. St. Eve, or any judge sitting in her stead, in Courtroom 1241, 219 South Dearborn Street, Chicago, Illinois, and will then and there present Defendant Mayo, Incorporated's Motion for Summary Judgment a copy of which is attached hereto and hereby served upon you.

2

                                      Respectfully submitted,

Dated: August 15, 2008         By: s/ Annette M. McGarry

                                      Annette M. McGarry (#6205751)
                                          amm@mcgarryllc.com
                                      Marianne C. Holzhall (#6204057)
                                          mch@mcgarryllc.com
                                      McGarry & McGarry, LLC
                                      120 North LaSalle Street
                                      Suite 1100
                                      Chicago, IL  60602
                                      Telephone: (312) 345-4600
                                      Facsimile:  (312) 345-4601

                                      Attorneys for Defendant,
                                      Mayo, Incorporated

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2008, the foregoing Defendant Mayo Incorporated's Notice of Motion was electronically filed using the CM/ECF system and served upon:

Edward Voci
1111 South Boulevard
Oak Park, IL  60302

Charles Siedlecki
Siedlecki and Associates
10540 South Western Avenue
Suite 410
Chicago, IL  60643

Michael J. Hayes
Daniel J. Hayes
Joseph J. Novak
Bell, Boyd & Lloyd, LLP
70 West Madison Street
Suite 3100
Chicago, IL  60602


                                /s/ Annette M. McGarry