UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Gary Gullickson

                                       Plaintiff,

v.                                                                                                Case No.: 1:08−cv−03731
                                                                                                     Honorable Amy J. St. Eve

Village Discount Outlet, Inc., et al.

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 8/20/2008 and continued to 10/1/08 at 8:30 a.m. Defendant Mayo's summary judgment motion [14] is entered. Plaintiff's response to be filed by 9/10/08. Defendant Mayo39;s reply to be filed by 9/24/08. All defendants to answer or otherwise plead by 9/26/08. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.