IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Gary Gullickson,<br><br>                              Plaintiff,<br><br>v.<br><br>Village Discount Outlet, Inc.; Mayo, Incorporated; Plaza Marketing Associates; James Burt Stinnett; Leonard Baumgartner; William Ryan and Reginald Wright,<br><br>                              Defendants | 08 C 3731<br><br>Judge Amy St. Eve<br><br>Magistrate Judge Denlow |

To:   Edward Voci
      1111 South Blvd.
      Oak Park, Illinois 60302

### NOTICE OF FILING

Please take notice that on Friday, September 5, 2008, the attached Defendant's Answer to Plaintiff's Complaint was filed with the Clerk of the District Court for the Northern District of Illinois.

                                        Respectfully Submitted,

                                        By:   s/Mark Hansen
                                              Mark Hansen
                                              Attorney for Defendant - Village
                                              Discount Outlet, Inc.

Anthony S. Graefe
Mark Hansen
Graefe & Hansen, Ltd.
55 West Monroe, Suite 3550
Chicago, IL 60603
(312) 236-0177

1

## CERTIFICATE OF SERVICE

     I, Mark Hansen, an attorney, state that I caused the attached document to be served upon the above mentioned person via electronic delivery on this the 5th day of September, 2008.

                                                        s/Mark Hansen